**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Cecil TASBY, Defendant—Appellant.**

**No. 03–30335.**

United States Court of Appeals, Ninth Circuit.

Submitted May 10, 2004.*

Decided May 19, 2004.

Ronald W. Skibbie, Stephanie Johnson Lister, Office of the U.S. Attorney, Spokane, WA, for Plaintiff–Appellee.

Roger J. Peven, Federal Public Defender's Office, Spokane, WA, for Defendant–Appellant.

Before: CANBY, KOZINSKI and PAEZ, Circuit Judges.

MEMORANDUM **

Cecil Tasby appeals his 24–month sentence imposed upon revocation of his term of supervised release. We have jurisdiction pursuant to 28 U.S.C. § 1291 and 18 U.S.C. § 3742, and we affirm.

Tasby contends that the district court erred by imposing a 24–month sentence following the revocation of his supervised release where U.S.S.G. § 7B1.4 advises 5–11 months. Because the record demonstrates that the district court considered

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

the chapter 7 policy guidelines, rejected those guidelines for specific reasons and sentenced Tasby within the statutory maximum, it did not abuse its discretion. *See* 18 U.S.C. § 3583(e)(3); *United States v. Tadeo,* 222 F.3d 623, 625–26 (9th Cir.2000) (stating chapter 7 policy statements "must be considered, but ... may be freely rejected by a district court without abusing its discretion, if the sentence actually imposed is within the statutory maximum"); *United States v. Musa,* 220 F.3d 1096, 1099–1101 (9th Cir.2000) (holding district court did not abuse its discretion when it found defendant was a danger to the community and imposed a 3–year term of imprisonment following the revocation of supervised release, even though the guideline recommendation was 3–9 months).

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.